# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 7, 2012

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | |
| **HECTOR ORJUELA, JR.** | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 2423(c) |
| | : | (Engaging in illicit sexual conduct in |
| **Defendant.** | : | foreign places) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

Between on or about August 13, 2012 and on or about November 28, 2012, the defendant, **HECTOR ORJUELA, JR.,** a citizen of the United States with no last known residence in the United States, did or attempted to travel in foreign commerce and engage in illicit sexual conduct outside the jurisdiction of any particular state or district of the United States but within the extraterritorial jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, with Jane Doe #1, another person less than 18 years of age.

**(Engaging in illicit sexual conduct in foreign places,** in violation of Title 18, United States Code, Section 2423(c) and (e).)

### COUNT TWO

Between on or about August 13, 2012 and on or about November 28, 2012, the defendant, **HECTOR ORJUELA, JR.,** a citizen of the United States with no last known residence in the United States, did or attempted to travel in foreign commerce and engage in illicit sexual conduct

outside the jurisdiction of any particular state or district of the United States but within the extraterritorial jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, with Jane Doe #2, another person less than 18 years of age.

**(Engaging in illicit sexual conduct in foreign places,** in violation of Title 18, United States Code, Section 2423(c) and (e).)

## NOTICE OF FORFEITURE

Notice is hereby given that the following property is subject to forfeiture in accordance with 18 U.S.C. § 2428 and/or 21 U.S.C. § 853:

(a) all property used or intended to be used to commit or to facilitate the commission of the violations alleged in this Indictment;

(b) all property which is proceeds of such violations; and,

(c) in the event that any property described in (a) and (b) cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant, pursuant to § 853(p), to the extent of the value of the property described in (a) and (b).

A TRUE BILL:

FOREPERSON

Section Chief, Child Exploitation and
Obscenity Section, Criminal Division
U.S. Department of Justice