AO 442 (Rev. 11/11) Arrest Warrant

9075227

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Hector Orjuela, Jr.

*Defendant*

Case No. CR-12-281-01

**FILED**
FEB 0 6 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Hector Orjuela, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Travel in foreign commerce and engaging in illicit sexual conduct, in violation of 18 U.S.C. Section 2423(c)

Date: 12/20/12

City and state: District of Columbia

*Issuing officer's signature*
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

*Printed name and title*

### Return

This warrant was received on *(date)* 12/21/12, and the person was arrested (received) on *(date)* 2/6/13
at *(city and state)* District Court - Washington, DC.

Date: 2/6/13

*Arresting (receiving) officer's signature*

Matthew Forry, DUSM
*Printed name and title*