UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 12-281 (ESH) |
| | : | |
| v. | : | |
| | : | |
| HECTOR ORJUELA, JR. | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

### JOINT MOTION TO CONTINUE TRIAL AND MOTIONS DATES

Counsel for the defendant, Luiz Robert Simmons, and the United States of America, United States Department of Justice, respectfully request that the Court vacate the April 29, 2013 trial date as well as the motions deadlines of March 22, 2013 and April 2, 2013 in this case. In support of their motion, both parties rely on the following:

Title 18 United States Code § 3161(h) enumerates periods of delay which are to be excluded under the Speedy Trial Act. Section 3161(h)(7)(A) specifically excludes any period of delay under the Speedy Trial Act resulting from "[a]ny period of delay resulting from a continuance granted . . . at the request of the defendant or his counsel or at the request of the attorney for the Government, if the judge granted such continuance on the basis of [her] findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. . . . [and] sets forth . . . either orally or in writing, its reasons" for such findings.

The defendant, Hector Orjuela, Jr., is currently charged with two counts of 18 U.S.C. §

2423(c), engaging in illicit sexual conduct in a foreign place. During the course of the Government's investigation, the Government executed a search warrant of a camera seized from the defendant. Review of the defendant's camera revealed evidence that defendant was abusing another minor victim and producing child pornography of that minor during the course of the abuse. In recent weeks, the minor victim was identified and forensically interviewed. The newly discovered evidence supports the existence of an additional charge against the defendant with venue clearly established in the District of Maryland and possibly in the District of Columbia. The majority of the discovery regarding the new minor victim was provided in part to defense counsel on March 8, 2013. Counsel for the defense and the Government have discussed a possible global plea to combine the new charge with the current charges pending before this court. On March 11, 2013, counsel for the defense advised that he met with the defendant on March 10, and represented that the defendant has agreed to waive time under the Speedy Trial Act so that defense counsel would have sufficient time to review the newly provided discovery, to consider plea options in light of the newly discovered victim, and to further meet and discuss the case with the defendant.

      Wherefore, the parties would jointly request that this Court make a finding that the ends of justice are served by excluding time under the Speedy Trial Act for approximately a month to permit defense counsel to review the newly provided discovery, evaluate the case and consult with his client and provide effective counsel. The parties would further request that this court vacate the currently scheduled motions and trial dates and schedule new dates at the next status hearing scheduled for March 12, 2013.

Dated: March 11, 2013              Respectfully submitted,
                                   ANDREW G. OOSTERBAAN
                                   Chief, Child Exploitation & Obscenity Section


                                   s/Mi Yung C. Park
                                   MI YUNG C. PARK
                                   Trial Attorney
                                   California Bar No. 202379
                                   U.S. Department of Justice - Criminal Division
                                   Child Exploitation and Obscenity Section
                                   1400 New York Ave. NW
                                   Washington D.C. 20530
                                   202-616-2780
                                   Miyung.Park@usdoj.gov

                                   s/Sarah Chang
                                   SARAH CHANG
                                   Trial Attorney
                                   New York Bar No. 4844700
                                   U.S. Department of Justice - Criminal Division
                                   Child Exploitation and Obscenity Section
                                   1400 New York Ave. NW
                                   Washington D.C. 20530
                                   202-353-4979
                                   Sarah.Chang@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on February 8, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    Luiz Simmons, Esq.
    Attorney for Hector Orjuela
    8613 Cedar Street
    Silver Spring, MD  20910
    luizlawc@aol.com

    s/Mi Yung C. Park
    MI YUNG C. PARK
    Trial Attorney
    California Bar No. 202379
    U.S. Department of Justice - Criminal Div.
    Child Exploitation and Obscenity Section
    1400 New York Ave. NW
    Washington D.C. 20530
    202-616-2780
    Miyung.Park@usdoj.gov